# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **CRAIG OUTDOOR ADVERTISING, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 04-0074-CV-W-DW |
| ) | |
| **VIACOM OUTDOOR INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that

pursuant to Plaintiff Patriot Outdoor LLC's Motion to Determine Connecticut's Punitive Damages Cap and to Re-enter Judgment for Punitive Damages (Doc. 390), the Court ORDERS that judgment shall be entered for Plaintiff for punitive damages in the amount of $57,155.39, which Defendant has already paid to Plaintiff, plus $500.00 for Mr. Vianello's expert witness fee as a non-taxable litigation expense, plus post-judgment interest on this unpaid portion of the punitive damage award from May 9, 2009.

### IT IS FURTHER ORDERED AND ADJUDGED that

the Court hereby ORDERS:
1) Plaintiffs Craig Outdoor, Inc., and Midwest Outdoor Media LLC's request to tax $54,820 in costs against defendant Viacom Outdoor is GRANTED.
2) The Clerk of Court is directed to tax as costs the sum of $54,820 against defendant Viacom Outdoor Inc.

| | |
|---|---|
| March 1, 2010 | Ann Thompson |
| Date | Clerk of the Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |