IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG OUTDOOR ADVERTISING, INC., CURTIS MASSOOD, MIDWEST OUTDOOR MEDIA, LLC and PATRIOT OUTDOOR, LLC | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 04-0074-CV-W-DW |
| VIACOM OUTDOOR, INC., f/k/a Infinity Outdoor, WALLY KELLY, RANDALL R. ROMIG, Inc. RANDY JACKSON and HAROLD GUSTIN, | § § § § | |
| Defendants. | § § | |

**FINAL SATISFACTION OF JUDGMENT**

Counsel for Defendant Viacom Outdoor, Inc. (now known as CBS Outdoor Inc.) certify that all judgments in favor of Plaintiffs have been satisfied, including the Judgment as entered and docketed by the Court on March 1, 2010, and that there are no further matters pending in this action.

Dated: March 8, 2010

Respectfully submitted,

/s/ Sydney McDole
Sydney McDole
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Fax: (214) 969-5100

Glen D. Nager
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Defendant Viacom Outdoor, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record in this case.

       /s/ Sydney McDole
       Attorney for Viacom Outdoor, Inc.